**Electronically Filed
Supreme Court
SCWC-18-0000948
06-APR-2020
09:03 AM**

SCWC-18-0000948

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

IN THE INTEREST OF N.F. AND A.F.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000948; CASE NO. FC-S NO. 17-00211)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner's Application for Writ of Certiorari, filed on February 7, 2020, is hereby rejected.

DATED: Honolulu, Hawai'i, April 6, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

